UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASSANDRA SIKES,

    Plaintiff,

v.

PRIDE CARE PLUS,

    Defendant.

Case No. 1:17-cv-00537

Hon. Robert J. Jonker

| Kevin S. Anderson (P48851) | Timothy J. Ryan (P40990) |
|---|---|
| KEVIN S. ANDERSON, PLC | JACKSON LEWIS P.C. |
| Attorney for Plaintiff | Attorneys for Defendant |
| 620 Broad Street, Ste. 204 | 61 Commerce Avenue, SW, Fifth Floor |
| St. Joseph, MI 49085 | Grand Rapids, MI 49503 |
| (269) 932-4224 | (616) 940-0240 |
| | E-Mail: Timothy.Ryan@jacksonlewis.com |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS

Upon stipulation of the parties and the Court being fully advised of the premises,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and with each party to bear his, her or its own attorneys' fees and costs. Entry of this order resolves all pending claims and closes the case.

STIPULATED AND AGREED TO THIS 29 DAY OF March, 2018 BY:

_____
Kevin S. Anderson (P48851)
KEVIN S. ANDERSON, PLC
Attorney for Plaintiff
620 Broad Street, Ste. 204
St. Joseph, MI 49085
(269) 932-4224

_____
Timothy J. Ryan (P40990)
JACKSON LEWIS P.C.
Attorneys for Defendant
61 Commerce Avenue, SW, Fifth Floor
Grand Rapids, MI 49503
(616) 940-0240
E-Mail: Timothy.Ryan@jacksonlewis.com

IT IS SO ORDERED:

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 30th day of March, 2018.

4830-8569-7116, v. 1